Nos. 18-3787, 18-3788, 18-4095, 18-4097 (cons.)

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

In re: FIRSTENERGY SOLUTIONS CORP., et al.,

Debtors.

-------------------------------

FEDERAL ENERGY REGULATORY COMMISSION, et al.,

Appellants,

v.

FIRSTENERGY SOLUTIONS CORP; FIRSTENERGY GENERATION, LLC; OFFICIAL COMMITTEE OF UNSECURED CREDITORS; AD HOC NOTEHOLDERS GROUP; PASS-THROUGH CERTIFICATEHOLDERS,

Appellees.

On Appeal from the United States Bankruptcy Court
for the Northern District of Ohio, Eastern Division
Nos. 18-bk-50757, 18-ap-05021

**MOTION OF *AMICI CURIAE* THE ENVIRONMENTAL LAW AND POLICY CENTER, OHIO CITIZEN ACTION, OHIO ENVIRONMENTAL COUNCIL AND ENVIRONMENTAL DEFENSE FUND FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT**

| | |
|---|---|
| Brady C. Williamson | Howard A. Learner |
| GODFREY & KAHN, S.C. | *Counsel of Record* |
| One East Main Street, Suite 500 | Margrethe Kearney |
| Madison, WI 53703 | Andrene E. Dabaghi |
| (608) 257-3911 | ENVIRONMENTAL LAW & |
| | POLICY CENTER |
| | 35 East Wacker Drive, Suite 1600 |
| | Chicago, IL 60601 |
| | (312) 673-6500 |

*Attorneys for Amicus Curiae Citizen Organizations*

Pursuant to Sixth Circuit Rule 29, *amici curiae* the Environmental Law & Policy Center, Ohio Citizen Action, Ohio Environmental Council and Environmental Defense Fund (collectively, the "Citizen Organizations"), by their attorneys, respectfully move for leave to participate in oral argument in this case.

1. *Amici*'s participation in oral argument is warranted in light of the unique public interest issues underlying this appeal. Through participation in oral argument, the Citizen Organizations offer the Court an important perspective on the environmental, public health, and welfare implications of the Bankruptcy Court's decision, including the possibility of subsidizing failing, uneconomic coal plants and increasing the risks that necessary environmental remediation and clean-up costs will not be fully funded.

2. The Citizen Organizations are uniquely positioned to present their perspective to the court given their long-standing engagement on the underlying environmental and public health issues implicated by the Bankruptcy Court's rulings on its exclusive jurisdiction under the Federal Power Act and the standard of review to apply to rejection of the Inter-Company Power Agreement. The Citizen Organizations engage in legal advocacy before state and federal courts and regulatory agencies, including cases involving FirstEnergy and other Ohio utilities, that involve application of the Federal Power Act and its effects on consumers. Furthermore, the Environmental Law & Policy Center, Ohio Environmental

Council and Environmental Defense Fund objected to the Debtors' Section 202(c) request to the Secretary of the U.S. Department of Energy for an emergency order under the Federal Power Act that would require utility customers to pay above-market cost-of-service rates, including a guaranteed profit, to owners of merchant nuclear power and coal plants such as FES.  No. 18-bk-50757, Schneider Decl. In Supp. Of Chapter 11 Pets. and First Day Mots., R. 55, ¶ 82.

3.  The Citizen Organizations also bring an important perspective to oral argument through their regular involvement in matters before the Public Utility Commission of Ohio to oppose mandated cost recovery as an unreasonable and illegal subsidy for uneconomic coal plants.  Some of these matters involve Debtors for the purpose of promoting grid efficiency principles, protecting utility customers, and advancing environmental quality and public health protections through clean energy development.  *See, e.g.*, *Ohio Edison Co. et al.*, PUCO Docket No. 15-0743-EL-ACP (2015); *Duke Energy*, PUCO Docket No. 16-0576-EL-POR (2016); *see also In re Matter of the Application of the Ohio Power Company*, PUCO Docket No. 16-1852-EL-SSO (2016).  These advocacy efforts include two appeals now pending before the Ohio Supreme Court.  *See Ohio Edison Company* et al., PUCO Docket No. 14-1297-EL-SSO (Ohio Pub. Util. Comm'n 2017), *appeal docketed*, Nos. 2017-1444, 2017-1664 (Ohio S. Ct. Nov. 27, 2017); *Ohio Edison Company* et al., PUCO Docket No. 16-0743-EL-POR

(Ohio. Pub. Util. Comm'n 2017), *appeal docketed*, No. 2018-0379 (Ohio S. Ct. March 12, 2018).

For these reasons, *amici* are uniquely positioned to provide history and expertise on the public interest issues elaborated upon in their brief that may fall outside the central focus and expertise of the parties.

Dated: March 5, 2019

s/ Howard A. Learner

ENVIRONMENTAL LAW &
POLICY CENTER
Howard A. Learner
  *Counsel of Record*
Margrethe Kearney
Andrene E. Dabaghi
35 East Wacker Drive, Suite 1600
Chicago, IL 60601
(312) 673-6500
HLearner@elpc.org

GODFREY & KAHN, S.C.
Brady C. Williamson
One East Main Street, Suite 500
Madison, WI 53703
Phone: 608-257-3911
Fax: 608-257-0609
BWilliamson@gklaw.com

*Attorneys for Amicus Curiae Citizen Organizations*

# CERTIFICATE OF COMPLIANCE
# WITH RULE 32(a)

1. This Motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 473 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

2. This Motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 with 14-point Times New Roman font.

Dated: March 5, 2019                    s/ Howard A. Learner
                                        Howard A. Learner

# CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2019, I electronically filed the foregoing Motion with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the CM/ECF system. I certify that service will be accomplished via CM/ECF on all registered counsel of record.

s/ Howard A. Learner
Howard A. Learner
