# No. 18-4097

In the

# United States Court of Appeals
# for the Sixth Circuit

_____

In re: FIRSTENERGY SOLUTIONS CORP, et al.
          *Debtors.*

DUKE ENERGY OHIO, INC.,
          *Appellant*,

v.

FIRSTENERGY SOLUTIONS CORP.; FIRSTENERGY GENERATION, LLC; OFFICIAL COMMITTEE OF UNSECURED CREDITORS; AD HOC NOTEHOLDERS GROUP; PASS-THROUGH CERTIFICATEHOLDERS
          *Appellees*.

_____

On Appeal from the United States Bankruptcy Court,
Northern District of Ohio, Eastern Division, No. 18-bk-50757

_____

**UNOPPOSED MOTION TO EXTEND TIME TO FILE
<u>PETITION FOR REHEARING</u>**

Appellant Duke Energy Ohio, Inc. ("Duke") respectfully moves this Court to extend the deadline for any petition for rehearing or rehearing en banc regarding this Court's opinion and judgment issued December 12, 2019 (the "Opinion") to January 27, 2020. Counsel have conferred and this motion is unopposed.

On January 3, 2020, this Court granted this relief in one of the other docket

1

numbers consolidated with this case. *See* No. 18-4095, Dkt. 88 (motion); Dkt. 89 (order granting the motion). The motion advised that because several cases were consolidated, and the federal government was a party in one but not all of the consolidated docket numbers, it was unclear whether the 14-day or 45-day rehearing deadline applied in each docket number, and sought an extension such that the 45-day period would apply to "all parties" to the Court's December 12, 2019 Order. No. 18-4095, Dkt. 88, at 2. The Court granted the motion, making the deadline January 27, 2020. No. 18-4095, Dkt. 88 at 4 ("OVEC requests an extension of time to align the deadline for any rehearing petitions related to the Opinion."); *see also* Order, No. 18-4095, Dkt. 89 ("Dear Counsel: The court has granted your motion.").

Consistent with and for the reasons set forth in OVEC's previously-granted motion, Duke requests that the Court likewise extend the deadline for any petition for rehearing or rehearing en banc until January 27, 2020.

| | |
|---|---|
| Dated: January 9, 2020 | Respectfully submitted, |
| | _/s/ Aaron G. McCollough_ |
| Matthew A. Fitzgerald | Aaron G. McCollough |
| McGUIREWOODS LLP | McGUIREWOODS LLP |
| Gateway Plaza | 77 W. Wacker Dr., Suite 4100 |
| 800 E. Canal Street | Chicago, IL 60601 |
| Richmond, Virginia 23219 | Telephone: (312) 849-8256 |
| Telephone: (804) 775-4716 | Facsimile: (312) 698-4522 |
| Facsimile: (804) 698-2081 | amccollough@mcguirewoods.com |
| mfitzgerald@mcguirewoods.com | |

-and-

John H. Thompson
McGUIREWOODS LLP
2001 K Street N.W., Suite 400
Washington, DC 20006-1040
Telephone: (202) 857-2474
Facsimile: (202) 828-2976
jthompson@mcguirewoods.com

# **CERTIFICATE OF COMPLIANCE**

1. This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it does not exceed 5,200 words.

2. This brief complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6) because it has been prepared in proportionally-spaced typeface using Microsoft Word, in 14-point size.

Dated: January 9, 2020 	*/s/ Aaron G. McCollough*
	Aaron G. McCollough

	*Counsel for Appellant*

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2020, the foregoing was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit using the appellate CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the system.


Dated: January 9, 2020  */s/ Aaron G. McCollough*
Aaron G. McCollough

*Counsel for Appellant*